In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. CHARLES F. WILCOX, Respondent.— Motion granted, respondent disbarred and his name ordered stricken from the roll of attorneys. Under section 477 of the Judiciary Law,* respondent, immediately upon his conviction, ceased to be an attorney and counselor at law, unaffected by his subsequent mental condition. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

In the Matter of Proceedings Supplementary to Execution upon a Judgment in Favor of AUDLEY CLARKE COMPANY, Appellant, v. DAVID LINDER, Respondent. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Judicial Settlement of the Account of HERBERT C. SMITH, as Executor, etc., of MARY DAVIES, Deceased. HERBERT C. SMITH, Executor, Appellant; RESTITUTO R. RODRIGUEZ and CHARLOTTE RODRIGUEZ, Respondents. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of JULIUS DAVIDSON, Respondent, for a Peremptory Order of Mandamus against JAMES J. WALKER, Mayor of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

In the Matter of CAROLINE PELGRAM FLEMING (Sometimes Referred to as CAROLINE M. FLEMING), an Incompetent Person.— Motion for leave to intervene granted. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

ADOLPH LICHT, Respondent, v. NEW YORK INDEMNITY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

SAMUEL MATTIKOW, Appellant, v. EPHRAIM SUDARSKY and Others, as Executors, etc., of ELEAZER CEDAR, Deceased, Respondents.— The parties having stipulated that this motion may be decided by a court of four justices, the decision of the court is: Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty and Seeger, JJ.

JOSEPH PARISI, Respondent, v. FRANK CASTELLI and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BUCKNER, Appellant.— Motion for enlargement of time to argue appeal granted. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

THE RICE LAND AND IMPROVEMENT CORPORATION, Respondent, v. T. SHERWOOD BOYD, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

FRANK ROBISTELLO, Respondent, v. ROCKVILLE MANOR MODEL HOMES, INC., and NATIONAL SURETY COMPANY, Appellants. BERNARD CIABATTONI and Others, Defendants. (Action No. 1.) — Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent ten dollars costs within five days from

* See, also, Judiciary Law, § 88, subd. 3.— [REP.

# 736 CASES REPORTED WITH BRIEF SYLLABI.

the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

FRANK ROBISTELLO, Respondent, v. ROCKVILLE MANOR MODEL HOMES, INC., and NATIONAL SURETY COMPANY, Appellants. BERNARD CIABATTONI and Others, Defendants.   (Action No. 2.) — Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

FRANK ROBISTELLO, Respondent, v. ROCKVILLE MANOR MODEL HOMES, INC., and NATIONAL SURETY COMPANY, Appellants. BERNARD CIABATTONI and Others, Defendants.   (Action No. 3.) — Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

FRANK ROBISTELLO, Respondent, v. ROCKVILLE MANOR MODEL HOMES, INC., and NATIONAL SURETY COMPANY, Appellants. BERNARD CIABATTONI and Others, Defendants.   (Action No. 4.) — Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

FRANK ROBISTELLO, Respondent, v. ROCKVILLE MANOR MODEL HOMES, INC., and NATIONAL SURETY COMPANY, Appellants. BERNARD CIABATTONI and Others, Defendants.   (Action No. 5.) — Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

ROLLTON REALTY CO., INC., Appellant, v. GEORGE SACHNOFF, Defendant, and ELY BERMAN, Respondent.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

IRA SCHUMAN, Doing Business as MASTER BUTCHERS COAT AND APRON SUPPLY COMPANY, Respondent, v. ARCADE COAT, APRON AND TOWEL SUPPLY CO., INC., Appellant.— Motion for stay denied, with ten dollars costs.   Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

RALPH SORRENTINO, an Infant, by CAROLINE SORRENTINO, His Guardian ad Litem, Appellant, v. FRANK SORRENTINO, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

SAMUEL VALENSTEIN, Respondent, v. ALFRED D. MILLER and Others, Appellants.— Motion for stay of examination before trial, pending appeal, denied, with